FILED IN OPEN COURT
ON 8/10/26 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-mj-1280-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEBRA K. DOSS, | ) | |
| Defendant. | ) | |

For the reasons given in the Government's motion, the Government's motion is GRANTED. The Defendant's refusal to submit a breath sample for a breathalyzer test will be admissible as substantive evidence at trial.

This 10th day of August 2026.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE